246 P.3d 343

**Paula R. REEDER**

v.

**Edward H. JOHNSON.**

**No. CV–10–0271–PR.**

Supreme Court of Arizona.

Jan. 4, 2011.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: Cross–Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Motion for Attorney's Fees [Appellee Reeder] = DENIED.